UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| **EDGAR B. FIELDS,** | : | VIOLATIONS:  18 U.S.C. §922(g)(1) |
| **Defendant.** | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(D) |
| | : | (Unlawful Distribution of Cannabis); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(C) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | Cocaine Base); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(D) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | Cannabis); |
| | : | 18 U.S.C. §924(c)(1) |
| | : | (Using, Carrying and Possessing a Firearm |
| | : | During a Drug Trafficking Offense) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about October 13, 2007, within the District of Columbia, **EDGAR B. FIELDS**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the United States District Court for the District of Columbia, Criminal Case No. 05-357, did unlawfully and

knowingly receive and possess a firearm, that is, .38 caliber revolver, and did unlawfully and knowingly receive and possess ammunition, that is, .38 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about October 13, 2007, within the District of Columbia, **EDGAR B. FIELDS**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cannabis, also known as marijuana, a Schedule I controlled substance.

**(Unlawful Distribution of Cannabis**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D))

## COUNT THREE

On or about October 13, 2007, within the District of Columbia, **EDGAR B. FIELDS**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

**(Unlawful Possession With Intent to Distribute Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT FOUR

On or about October 13, 2007, within the District of Columbia, **EDGAR B. FIELDS**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance

containing a detectable amount of cannabis, also known as marijuana, a Schedule I controlled substance.

(**Unlawful Possession With Intent to Distribute Cannabis**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D))

## COUNT FIVE

On or about October 13, 2007, within the District of Columbia, **EDGAR B. FIELDS**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Counts Three, Four, and Five of this Indictment which are incorporated herein, a firearm, that is, a .38 caliber revolver.

(**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia