UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.  07-282 (RMU) |
| | : | |
| v. | : | |
| | : | |
| EDGAR FIELDS | : | |
| | : | |
| | : | |
| **Defendant.** | | |

**NOTICE OF ASSIGNMENT AND SUBSTITUTION OF COUNSEL**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is currently assigned to Assistant United States Attorney, Edward O'Connell.  This is a notice that Assistant United States Attorney, Frederic Gallun, Bar Number 462025, telephone number (202) 514-6997, is entering appearance as substitute counsel in this same matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
ASSISTANT UNITED STATES ATTORNEY
FREDERIC GALLUN
Bar No. 462025
555 4th Street, N.W., Room 4122
Washington, DC 20530
(202) 514-6997

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 1st day of February, 2008, a copy of the foregoing Notice of Assignment and Substitution of Counsel electronically mailed to counsel for the defendant.

                                                                                         _____
                                                                                         FREDERIC GALLUN
                                                                                         Assistant United States Attorney

Case 1:07-cr-00282-RMU    Document 4    Filed 02/07/2008    Page 2 of 2