UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal Action No.: 07-0282 (RMU) |
| EDGAR B. FIELDS, | : | |
| Defendant. | : | |

**ORDER**

FILED
MAR 5 - 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 5th day of March 2008,

**ORDERED** that the status hearing in the above-captioned case scheduled for Monday, March 10, 2008 at 11:30 am is hereby **VACATED**.

**SO ORDERED**.

Ricardo M. Urbina
United States District Judge